```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TASHAY DAVID DEANS,

                         Plaintiff,

-against-

SERGEANT CIMORELLI, ET AL,

                         Defendants.

18-cv-2576 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On April 1, 2025, the Court issued an Order to Show Cause directing *pro se* Plaintiff Tashay David Deans ("*pro se* Plaintiff") to show cause in writing on or before April 29, 2025, as to why *pro se* Plaintiff's complaint should not be dismissed for want of prosecution pursuant to Federal Rules of Civil Procedure 41(b). To date, the deadline expired nearly two months ago, and *pro se* Plaintiff has failed to respond to the Order to Show Cause.

Indeed, it has been over a year since the Court or Defendant have heard from *pro se* Plaintiff. Particularly, not only has *pro se* Plaintiff's failure to prosecute this action impeded the Court's effort to "avoid calendar congestion and ensure an orderly and expeditious disposition of cases," *Cortez v. Suffolk Cty. Corr. Facility*, No. 15-CV-1957 (JFB) (AKT), 2016 WL 6302088, at *2 (E.D.N.Y. Oct. 25, 2016), but the adversary process has been halted because of . . . essentially unresponsive part[ies]," *Jackson v. Beech*, 636 F.2d 831, 835–36 (D.C. Cir. 1980). "Dismissal for want of prosecution is a matter committed to the discretion of the trial judge." *Peart v. City of New York*, 992 F.2d 458, 461 (2d Cir. 1993) (internal quotation marks omitted).

Given the significant passage of time in the instant action, the Court exercises its discretion and DISMISSES the above-captioned action without prejudice for want of prosecution. The Clerk of the Court is kindly directed to terminate this action.

Dated:  June 27, 2025
           White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge